UNITED STATES OF AMERICA )
)
)
)
v. ) Crim. No. 25-10429-AK
)
MICHAEL MULLER and )
JOHN COLANTUONI, )
)
Defendants )

## JOINT STATUS REPORT

The United States and counsel for the Defendants file this joint status report pursuant to Local Rule 116.5, stating the following:

1.     The government has provided automatic discovery. Defendant Colantuoni submitted a discovery request on February 6, 2026. The government produced the requested documents on February 9.

2.     The Defendants are still reviewing the provided discovery and request an additional thirty days, at which point the Defendants will submit any additional discovery requests. The Government opposes Defendants requesting any additional discovery; all requests for additional discovery were due 14 days after the date when automatic discovery was produced – December 12, 2025. L.R. 116.3(a).

3.     At this time the parties do not believe a protective order is necessary.

4.     At this time, the Defendants do not intend to file any Rule 12(b) motions.

5.     The parties agree that the government will provide expert disclosures no later than 45 days before trial and Defendants will provide expert disclosures no later than 21 days before trial.

6.     Neither Defendant intends to offer a defense of insanity, public authority, or alibi.

7. The Court has excluded the time through March 31, 2026, for purposes of the Speedy Trial Act. The parties request that the Court exclude the period between March 31, 2026, and the next court date, whether that is an additional status conference before this Court or the date of the pretrial conference scheduled by the District Court if the Court transfers this case to the District Court. The parties submit that the ends of justice served by permitting defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, outweighs the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8. There have been no plea discussions. The parties estimate that the trial will take between two and three weeks.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney

| | |
|---|---|
| MICHAEL MULLER<br>By his attorney, | JOHN COLANTUONI<br>By his attorneys, |
| */s/ Sean Smith*<br>Sean M. Smith<br>Rudolf, Smith, Griffis & Ruggieri, LLP<br>446 Main Street, Suite 1503<br>Worcester, MA 01608<br>(508) 425-6330 | */s/ Syrie Fried*<br>Syrie D. Fried<br>Philip G. Cormier<br>Good Schneider Cormier Fried & Brooks<br>83 Atlantic Ave.<br>Boston, MA 02110<br>(617) 523-5933 |
| | */s/ Max D. Stern*<br>Max D. Stern<br>Liana LaMattina<br>Todd & Weld LLP<br>One Federal St., 27th Floor<br>Boston, MA 02110<br>(617) 720-2626 |

**<u>Certificate of Service</u>**

I certify that this document has been served on all counsel via ECF electronic filing on March 27, 2026.

*/s/ Christine Wichers*
Christine Wichers