UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 25-10429-AK |
| | ) | |
| MICHAEL MULLER and | ) | |
| JOHN COLANTUONI, | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S MOTION TO CONTINUE THE PRETRIAL CONFERENCE FROM OCTOBER 27, 2026, TO A DATE IN JANUARY 2027, AND TO EXCLUDE THE TIME UNDER THE SPEEDY TRIAL ACT**

At the pretrial conference held on June 16, 2026, the Government informed the Court and counsel that it intended to seek a Superseding Indictment. The Court scheduled the next conference for October 27, 2026, and asked for a motion to continue if the Government had not yet superseded by that date.

The Government has not yet presented the proposed Superseding Indictment to the grand jury. It anticipates doing so by early December at the latest. The Government respectfully requests that the Court continue the next pretrial conference from October 27, 2026, to a date in January 2027 that is convenient for the Court.

The Government also requests that the Court exclude the time from October 27, 2026, until the rescheduled date of the conference, to allow the Government and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Counsel for Mr. Muller assents to the relief requested in this motion. Counsel for Mr. Colantuoni object.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *[/s/ Christine Wichers]*
CHRISTINE WICHERS
Assistant U.S. Attorney

**Certificate of Service**

I certify that this document has been served on all counsel via ECF electronic filing on October 21, 2026.

*/s/ Christine Wichers*
Christine Wichers